# Third District Court of Appeal
## State of Florida

Opinion filed February 1, 2023.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-1456
Lower Tribunal No. F93-2058

————————————

**Carlos Trotman,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Carlos Trotman, in proper person.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.


Before SCALES, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.